**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joanne C. Gisler                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-10500 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Citigroup Mortgage Loan Trust 2022-A and index same on the master mailing list.

                                                    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
03 Mar 2023, 12:14:44, EST

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322