United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10500-amc
Joanne C. Gisler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joanne C. Gisler, 217 Centre Avenue, Norristown, PA 19403-3220 |
| cr | + | 100 Centre Avenue Condominium Association, c/o Stefan Richter, Esquire, 2003 South Easton Road, Suite 300, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| 14758694 | | 100 Centre Avenue Condominium Assoc, c/o Hal Barrow, 65 W Street Rd Ste B102, Warminster, PA 18974-3216 |
| 14759040 | + | 100 Centre Avenue Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14758698 | | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 17 2023 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14758695 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 23:37:00 | Bank of America, 655 Paper Mill Rd, Newark, DE 19711-7500 |
| 14762383 | ^ | MEBN | Aug 17 2023 23:28:27 | Citigroup Mortgage Loan Trust 2022-A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14779036 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 17 2023 23:37:00 | Citigroup Mortgage Loan Trust 2022-A, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14762772 | | Email/Text: mrdiscen@discover.com | Aug 17 2023 23:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14764762 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:01 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14758696 | | Email/Text: signed.order@pfwattorneys.com | Aug 17 2023 23:37:00 | LVNV Funding, LLC, c/o Pressler Felt and Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14758697 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 17 2023 23:37:00 | SPS Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14759215 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 23:42:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

**Name** | **Email Address**

CAROL B. MCCULLOUGH
on behalf of Debtor Joanne C. Gisler mcculloughheisenberg@gmail.com
cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Citigroup Mortgage Loan Trust 2022-A mfarrington@kmllawgroup.com

STEFAN RICHTER
on behalf of Creditor 100 Centre Avenue Condominium Association srichter@clemonslaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOANNE C. GISLER | : | |
| Debtor(s) | : | Bky. No. 23-10500-AMC |

# ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: August 16, 2023

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**